# IN THE UNITED STATES
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

Jonathan Lee, Riches©,
Secured Party/Authorized Representative,
Plaintiff,

VS

George W. Bush, individually and in his official capacity as PRESIDENT of the UNITED STATES

Case No: 4:06-442-MBS-WMC

## COMPLAINT

This is a complaint under 42 U.S.C. §§ 1983, Civil rights violation by the constitution and laws of the United States; and Federal Tort claims inflicted by that include, but not limited to: 18 U.S.C. 2339, 2332 Terrorism, 18 U.S.C. 1111 murder, 18 U.S.C. 2381 Treason, 18 U.S.C. 1031 Major Fraud, 18 U.S.C 878 Extortion, 18 U.S.C 2340 Torture, 18 U.S.C. 1951, 1961 Racketeering, Tortous claims, Espionage, Sex trafficking, obstruction of Justice, War crimes, Assult, Biological weapons, Concealment, false oaths, Bribery, Stalking, Identity theft, Kidnapping, Genocide, injury to wildlife,

<u>Sabotage</u>, <u>Criminal street gangs</u>, <u>obstruction of Justice</u>, <u>Explosives</u>, <u>Brutality</u>, <u>Negligence</u>, <u>false information</u>, <u>Mind Manipulation</u>,

Comes now the Plaintiff Jonathan Lee., Riches©, in pro-se, Moves this Honorable court to issue an order for Defendants Named in this Suit to give a response. As Plaintiff is claiming that his Federal and State constitution rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 14th amendment of the constitution. Relief requested, Plaintiff seeks 299,000,000,000,000.00 Trillion dollars backed by gold or silver delivered by United States Postal Service to Federal Correctional Institution Williamsburg, Salters South Carolina, From Defendant

George W. Bush is involved with a vast conspiracy of Uniform Commerical code "UCC" followers. My ALL CAPS, ENS LEGIS, LEGAL FICTION NAME JONATHAN LEE RICHES is being used without Jonathan Lee Riches's consent. The Federal Reserve is a fraud, Federal reserve notes are back by nothing of substance. George Bush, Queen of England, chubby checker, Dalai Lama, Hillary Clinton, Bloods and Crips of Detroit, trench coat Mafia, Sen. Arlen spector, Gambino crime family, Sen Trent Lott, and unnamed due to my Safety, through subliminal messaging, RFID tracking devices,

radio active chemicals released into the air by United airline Pilots. George Bush is involved with the construction of FCI Williamsburg Failing to build a Anti UFO defense system around the compound. Releasing staph infection in the water system. George Bush is selling all inmates personal bonds on the international stock market without inmates consent. I'm subjected to microwave testing on a daily basis. George Bush is committing treason acts secretly selling our DNA to the Hitler socialist party. George Bush is a Voodoo witch doctor involved with transforming Humans to Animals, sometimes plants. FCI Williamsburg has Robotic Guards made from George bush's NASA partners.

1) Jan 4th 2003, George Bush stole my identity

2) April 20th 2002, George Bush Joined alliance to AL qaeda

3) October 31 2001 George Bush is spelled hsuB egroeG backwards

The 14th amendment was not ratified properly. George Bush is a time traveler conspired with Duke of Normandy for the battle of Hastings 1066 Ad.. George H.W. Bush is his front father contracted with secret Wiccan's to pervert American citizens minds via www world wide web. I ask for a restraining order against George Bush as I come in peace. Please also include restraining order against airforce one.

Stipulation for Bond

*Jonathan Lee, Riches ©*