

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

ITEM X-RAYED BY
USMS

2-14-06
Date
Signature

LARRY W. PROPES
Clerk of Court
United States District Court
District of South Carolina
901 Richland St
Columbia SC 29201
29201+2328



Legal Mail