AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

Jonathan Lee Riches, #40948-018

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 4:06-0442-MBS-WMC

George W. Bush,
individually and in his official
capacity as President of the United States

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** the case is dismissed without prejudice.

LARRY W. PROPES, Clerk

BY:   s/Dianne Napier
            Case Manager

March 27, 2006